**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**


Kurt W. Vorisek,
Fritz E. Vorisek,
and Jean E. Allan,
      Plaintiffs

      v.                                    Civil No. 06-cv-224-SM

Robin A. Arkley, II;
SN Servicing Corporation
f/k/a Security National
Service Corporation;
Ingomar, LP; SNGC, LLC;
Security National Funding;
Ingo, LP; Lawyers Recovery
and Litigation Services, Inc.;
Regional Financial Services, LLC;
Regional Financial Services
Limited Partnership;
John Doe; Mary Roe; and
Christiana Bank,
      Defendants


**NOTICE OF RULING**

    Re:  (Document No. 6)    Motion for Recusal of
                             Magistrate Judge Muirhead

    **Ruling**: Consent by the parties to the magistrate judge's action on a referred motion is not required. In substance, the motion is one for recusal and, as the McLane law firm has filed an appearance, and the firm is on the magistrate judge's recusal list, all matters will be handled by the district judge.

Entered by: Steven J. McAuliffe, Chief Judge

July 14, 2006

cc:   Kurt W. Vorisek, pro se
      Fritz E. Vorisek, pro se
      Jean E. Allan, pro se
      Mark C. Rouvalis, Esq.